

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00431-CV

| | | |
|---|---|---|
| MICHAEL DAMIEN DUNN, Appellant | § | On Appeal from the 442nd District Court |
| V. | § | of Denton County (19-3053-442) |
| | § | August 31, 2023 |
| PAMELA SUE DUNN, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's divorce decree. It is ordered that the divorce decree is affirmed.

It is further ordered that Appellant Michael Damien Dunn shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel